| | AUSA: | Sarah Alsaden | Telephone: | (313) 226-9100 |
|---|---|---|---|---|
| AO 93 (Rev. 11/13) Search and Seizure Warrant | Special Agent: | Robert Mowery | Telephone: | (313) 226-0534 |

# UNITED STATES DISTRICT COURT

for the
Eastern District of Michigan

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )      Case No.  24-50311-2
30034 Hennipin Street, Garden City, Michigan )
(more fully described in Attachment A) )
)

**F I L E D**

APR 0 9 2024

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search
of the following person or property located in the _____ Eastern _____ District of _____ Michigan _____ .
*(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A.

> I hereby certify that the foregoing is a certified copy
> of the original on file in this office.
>
> **Clerk, U.S. District Court**
> **Eastern District of Michigan**
>
> By: _____ s/Eddrey Butts _____
> Deputy

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property
described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See ATTACHMENT B, in violation of:
18 USC §§ 922(o) and (g)(1) - Unlawful possession or transfer of a machine gun and felon in possession of a firearm
26 USC § 5844 - Illegal imporatation of a NFA weapon.

**YOU ARE COMMANDED** to execute this warrant on or before ____ April 16, 2024 ____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the
person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the
property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory
as required by law and promptly return this warrant and inventory to the presiding United States Magistrate Judge on duty .
                                                              *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose
property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:      April 2, 2024    3:02 pm                    _____
                                                                              *Judge's signature*

City and state:      Detroit, Michigan                    Hon. David R. Grand,      U. S. Magistrate Judge
                                                                  *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>24-50311-2 | Date and time warrant executed:<br>04/02/2024    1629 | Copy of warrant and inventory left with:<br>William Closser |
| Inventory made in the presence of :<br>SA Anthony Romplino | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Glock 23 - 1 ea

Magazines - multiple

Scopes - 2 ea

AR15 - 1 ea

Glock 22 - 1 ea

Ammunition - multiple

Holsters - multiple

Ear protection - 1 ea

Mounted lights - multiple

Tablet - 2 ea

Laptop - 1 ea

Shotgun - 2 ea

Gun parts - multiple

Cell phones - 3 ea

Amazon Envelope - 1 ea

---

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/9/24

_Executing officer's signature_

Robert Mowry / Special Agent
_Printed name and title_